UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No. 8:13-cr-574-T-30TBM

MICHAEL C. CARO

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture (Doc. 44) for a Stallard/Maverick JS9 9mm Pistol, Serial Number 018282 and 8 rounds of assorted 9mm ammunition, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2).

Being fully advised in the premises, the Court finds that on June 26, 2014, the Court entered a Judgment in a Criminal Case, forfeiting to the United States all right, title, and interest of the defendant in the assets, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).   Doc.   41.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from July 9, 2014 through August 07, 2014.   Doc. 43. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue,

Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired.

The Court further finds that no person or entity, other than the defendant Caro, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the assets. No other third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 44) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets are FORFEITED to the United States.

Clear title to the assets is vested in the United States of America, which may warrant good title to any subsequent purchaser or transferee.

DONE and ORDERED in Tampa, Florida, this 11th day of September, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record